CEM: USAO# 2025R00269

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **MARK ALLEN KAHL,** <br><br> **Defendant.** | CRIMINAL NO. JRR-25-390 <br><br> Possession of Child Pornography, 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2); Forfeiture, 18 U.S.C. § 2253, 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c) |

### INDICTMENT

#### COUNT ONE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about August 17, 2025, in the District of Maryland, the defendant,

**MARK ALLEN KAHL,**

did knowingly possess and access with intent to view any material that contained an image of child pornography, as defined in Title 18 United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, an LG laptop, model #15Z90S, S/N 410QCZP559981, manufactured outside of the United States, that contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2) & 2256

1

## SPECIAL ALLEGATION

The Grand Jury for the District of Maryland further charges that:

Prior to August 2023, the defendant,

**MARK ALLEN KAHL,**

had a prior conviction under Chapter 110 of Title 18, United States Code, that is, on or about January 23, 2012, in the United States District Court for the District of Maryland, in Criminal Case Number: CCB-11-397 the defendant was convicted of Receipt of Material Depicting Minors Engaged in Sexually Explicit Conduct, in violation of 18 United States Code, Section 2252(a)(2).

18 U.S.C. § 2252A(b)(1), (2)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction on the offense charged in Count One of this Indictment.

### Child Exploitation Forfeiture

2. Upon conviction of the offense alleged in Count One, the defendant,

**MARK ALLEN KAHL**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a. any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following item seized from the defendant, on or about August 17, 2025: an LG laptop, model 15Z90S, S/N 410QCZP559981.

### Substitute Assets

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Kelly O. Hayes /AGM*
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

Date: 12/17/25